**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. MARTHA, | No. C 14-5299 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONTRA COSTA COUNTY SUPERIOR COURT; et al., | |
| Respondents. | |

This action is dismissed because petitioner is not in custody on the conviction he challenges in his petition for writ of habeas corpus.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 13, 2015

SUSAN ILLSTON
United States District Judge